IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| Plaintiffs, | § § § | |
| v. | § | Case No.  4:09-cv-3674 |
| ALBERT FASE KALETA and KALETA CAPITAL MANAGEMENT, INC., | § § § § | |
| and | § § | |
| BUSINESSRADIO NETWORK, L.P., d/b/a BizRadio and DANIEL FRISHBERG FINANCIAL SERVICES, INC., d/b/a DFFS CAPITAL MANAGEMENT, INC., | § § § § § § | |
| Relief Defendants. | § | |

### NON-PARTIES WALLACE BAJJALI DEVELOPMENT PARTNERS, L.P., DAVID WALLACE, AND COSTA BAJJALI'S <u>UPDATE OF STATUS OF JOPLIN PROJECT</u>

Non-parties Wallace Bajjali Development Partners, L.P. ("WBDP"), David Wallace ("Wallace"), and Costa Bajjali ("Bajjali") (collectively, "Wallace Bajjali"), file this their update of the status of the Joplin project.

**Joplin**: Attached as Exhibit A is the presentation that Wallace Bajjali made to the Joplin City Council on July 9, 2012, updating the path forward towards rebuilding and revitalizing Joplin.  The presentation details the visions and goals of the project as well as the logistical and financing challenges and opportunities for the project. The presentation additionally outlines the actions that Wallace Bajjali need from the Joplin City Council to move the project forward.

Dated: July 30, 2012

                                                Respectfully submitted,

                                                By:    /s/ Daniel K. Hedges
                                                        Daniel K. Hedges
                                                        Attorney-in-Charge
                                                        Federal I.D. No. 1671
                                                        State Bar No. 09369500
                                                        Susan K. Hellinger
                                                        Federal I.D. No. 16869
                                                        State Bar No. 00787855
                                                        Porter Hedges LLP
                                                        1000 Main Street, 36th Floor
                                                        Houston, Texas 77002-6336
                                                        Telephone: (713) 226-6641
                                                        Facsimile: (713) 226-6241
                                                        E-Mail: dhedges@porterhedges.com
                                                        E-Mail: shellinger@porterhedges.com

                                              ATTORNEYS FOR NON-PARTIES
                                              WALLACE BAJJALI DEVELOPMENT
                                              PARTNERS, L.P., DAVID WALLACE,
                                              and COSTA BAJJALI

OF COUNSEL:

PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002-6336
Phone: (713) 226-6641
Facsimile: (713) 226-6241

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that on or before July 30, 2012, he conferred with counsel for the Receiver Thomas L. Taylor III, counsel for the Securities and Exchange Commission, and with Investors' counsel Tom Schmidt, and was advised that they do not oppose the foregoing Update of Status of Development Projects.

/s/ Daniel K. Hedges
Daniel K. Hedges

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 30, 2012, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and copies provided to all counsel of record electronically or by another manner authorized by Federal Rules of Civil Procedure 5(b)(2).

/s/ Daniel K. Hedges
Daniel K. Hedges