IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § | |
| v. § § | |
| ALBERT FASE KALETA and KALETA CAPITAL MANAGEMENT, INC., § § § | |
| Defendants, § § | Civil Action No. 4:09-cv-3674 |
| and § § | |
| BUSINESSRADIO NETWORK, L.P., d/b/a BizRadio and DANIEL FRISHBERG FINANCIAL SERVICES, INC., d/b/a DFFS CAPITAL MANAGEMENT, INC., § § § § § § | |
| Relief Defendants, Solely for the purposes of Equitable Relief. § § § | |

## NOTICE OF WITHDRAWAL OF REQUEST FOR CERTIFIED RECORD ON APPEAL

Thomas L. Taylor III, Court-appointed Receiver for Kaleta Capital Management, Inc., BusinessRadio Network, L.P. and Daniel Frishberg Financial Services, Inc. hereby withdraws Doc. # 227, Request for Electronic Copy of Certified Record on Appeal re: [214] Notice of Appeal.

| | |
|---|---|
| January 16, 2013 | Respectfully submitted, |
| | THE TAYLOR LAW OFFICES, P.C. |
| | By: *Andrew Goforth* |
| | Thomas L. Taylor III<br>Texas State Bar: 19733700<br>taylor@tltaylorlaw.com<br>Andrew M. Goforth<br>Texas State Bar: 24076405<br>goforth@tltaylorlaw.com |
| | 4550 Post Oak Place Drive, Suite 241<br>Houston, Texas 77027<br>Tel: 713.626.5300<br>Fax: 713.402.6154 |
| | COUNSEL FOR RECEIVER |

**CERTIFICATE OF SERVICE**

On January 16, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the CM/ECF electronic filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

  /s/  Andrew M. Goforth
Andrew M. Goforth